CHARLES NEELY, Respondent, v. HENRY MUNNICH, Appellant.

APPEAL from an order of Special Term.

Hastings & Gleason, for appellant.

A. A. Joseph, for respondent.

McCARTHY, J. The judgment having been satisfied, the order appealed from was justifiable and is affirmed, with costs.

SCHUCHMAN and OLCOTT, JJ., concur.
Order affirmed, with costs.

---

GEORGE WHITMAN, Respondent, v. WILLIAM SEIBERT, Appellant.

J. H. Damnholz, for appellant.

F. Solinger, for respondent.

McCARTHY, J. In view of the circumstances surrounding this transaction, I think the order appealed from was right. Particularly for the reason assigned by the Special Term justice, in his opinion appearing on page 16 of printed record. Order affirmed, with costs and disbursements.

SCHUCHMAN, J., concurs.
Order affirmed, with costs and disbursements.

---

CHANE HURWITZ, Respondent, v. THE HAMBURG-AMERICAN PACKET CO., Appellant.

APPEAL from a judgment in favor of plaintiff.

Julius J. Frank, for appellant.

Mashbir & Cukor, for respondent.

*Per Curiam.* It was error for the trial justice to refuse the defendant's seventh request to charge. It was, no doubt, the duty of the plaintiff to demand from the defendant her baggage within a reasonable time after her arrival; besides, it was error to allow testimony concerning the value of the books bought by plaintiff for her husband out of money sent her by him for the purchase of such books.

They certainly constituted no part of her baggage, and she had no right to recover, in this action, their value.

Judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

Present: FITZSIMONS, Ch. J., and O'DWYER, J.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

Matter, Etc., of the PENNSYLVANIA GLASS Co., Judgment Creditor, for the Examination of MICHAEL FOEHRENBACH, Judgment Debtor.

WEST SIDE BANK, Judgment Creditor, *v.* MICHAEL FOEHRENBACH et al., Judgment Debtors.

APPEAL from an order in supplementary proceedings.

A. S. Luria, for appellant.

Deyo, Duer & Bauerdorf, for respondent.

W. H. Klinker, for respondent.

*Per Curiam.* Orders affirmed, with costs. The order appointing Mr. Hyatt receiver was made after due notice to the judgment debtor and other judgment creditors having proceedings pending. The only right which the Pennsylvania Glass Company had after the appointment of such receiver was to have such receivership extended so as to protect its interests.

It was, therefore, proper for the Special Term justice to deny its motion to vacate such receivership.

Present: FITZSIMONS, Ch. J.; CONLAN and SCHUCHMAN, JJ.

Orders affirmed, with costs.